UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 2/22/2026
```

-------------------------------------------------------------------- X
                                          :
DIEGO FERNANDO MUESES CAICEDO,            :
                                          :
                          Petitioner,     :          1:26-cv-1360-GHW
                                          :
            -v-                           :          ORDER
                                          :
KENNETH GENALO, *et al.*,                 :
                                          :
                          Respondents.    :
                                          :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Respondents shall file an answer to the petition within two weeks of the date of this order.

Petitioner's reply, if any, is due one week from the date of service of Respondents' answer. All facts

that either party wishes for the Court to consider in connection with this petition must be provided

to the Court under cover of affidavits or affirmations provided under penalty of perjury. In his

reply, Petitioner, or Mr. Lucero as Petitioner's asserted next friend, must submit an affidavit

affirming any facts contained in the petition that he wishes for the Court to consider in connection

with the petition.

The Clerk of Court is directed to mail a copy of this order to Petitioner and to Mr. Carlos

Lucero at the address listed on the docket sheet for this action.

SO ORDERED.

Dated:  February 22, 2026
New York, New York                        _____
                                                    GREGORY H. WOODS
                                                 United States District Judge